UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI,<br><br>Defendants. | 1:03cv 12529 (JLT) |
| EDWIN POWELL MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>Defendants. | 1:04cv 10022 (JLT) |

(Additional Captions Set Forth Below)

**MOTION OF WING KAM YU, BLAKE KUNKEL AND THOMAS CUNNINGHAM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND FOR APPROVAL OF LEAD PLAINTIFF'S CHOICE OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| DAVID DUBROW, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>NETWORK ENGINES, INC.,<br><br>    Defendants. | 1:04cv 10096 (JLT) |
| WING KAM YU, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, and DOUGLAS G. BRYANT,<br><br>    Defendants. | 1:04cv 10238 (DPW) |
| HERBERT A. REITZEL on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>    Defendants. | 1:04cv 10288 (JLT) |

  Class members Wing Kam Yu, Blake Kunkel and Thomas Cunningham, by their counsel, hereby move this Court for an Order: (i) consolidating for all purposes the above-captioned related actions; (ii) Wing Kam Yu, Blake Kunkel and Thomas Cunningham as Lead Plaintiff;

LPmot

- 2 -

(iii) approving their selection of the law firm of Milberg Weiss Bershad Hynes & Lerach LLP to serve as Lead Counsel and Moulton & Gans PC to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movants submit herewith a Memorandum of Law, [Proposed] Order and the Declaration of Nancy Gans dated February 17, 2004.

DATED: February 17, 2004

Respectfully submitted,

MOULTON & GANS, P.C.

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans  BBO#184540
33 Broad Street, Suite 1100
Boston, MA  02109
Telephone:  (617) 369-7979

**Proposed Liaison Counsel**

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Steven G. Schulman
Anita B. Kartalopoulos
Andrei V. Rado
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**Proposed Lead Counsel**

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 2/17/04

/s/ Nancy Gans

LPmot

- 3 -

LAW OFFICES OF
**CHARLES J. PIVEN, P.A.**
Charles Piven
The World Trade Center-Baltimore
Suite 2525
401 East Pratt Street
Baltimore, MD 21202
(410) 332-0030
Fax: 410-685-1300

**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI,<br><br>Defendants. | X<br>:<br>:<br>: 1:03cv 12529 (JLT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X |
| EDWIN POWELL MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>Defendants. | :<br>:<br>:<br>: 1:04cv 10022 (JLT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X |

(Additional Captions Set Forth Below)

**[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING WING KAM YU, BLAKE KUNKEL AND THOMAS CUNNINGHAM AS LEAD PLAINTIFF PURSUANT TO §21D(A)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVING ITS SELECTION OF LEAD AND LIAISON COUNSEL**

| | |
|---|---|
| DAVID DUBROW, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>NETWORK ENGINES, INC.,,<br><br>     Defendants. | 1:04cv 10096 (JLT) |
| WING KAM YU, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, and DOUGLAS G. BRYANT,<br><br>     Defendants. | 1:04cv 10238 (DPW) |
| HERBERT A. REITZEL on behalf of himself and others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>     Defendants. | 1:04cv 10288 (JLT) |

  Having considered the Motion to Appoint Wing Kam Yu, Blake Kunkel and Thomas Cunningham, as Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") and to Approve Lead Plaintiff's Choice of Counsel (the "Motion") and good cause appearing therefore, the Court orders as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provision of Fed. R. Civ. P. 42(a) hereby determines that the above captioned actions should be consolidated;

3. Wing Kam Yu, Blake Kunkel and Thomas Cunningham are the "most adequate plaintiff" and accordingly, are appointed Lead Plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B); and

4. Lead Plaintiff's selection of Milberg Weiss Bershad Hynes & Lerach LLP to serve as Lead Counsel, and Moulton & Gans PC to serve as Liaison Counsel is granted pursuant to pursuant to §21D(a)(3)(B)(v) of the Exchange Act.

IT IS SO ORDERED,

DATED: _____

United States District Court Judge

Dated: Boston, Massachusetts
_____, 2004