UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY MORGAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT, and LAWRENCE A. GENOVESI,<br><br>     Defendants. | 1:03cv 12529 (JLT) |
| EDWIN POWELL MILLER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>     Defendants. | 1:04cv 10022 (JLT) |

(Additional Captions Set Forth Below)

**Local Rule 7.1 Certificate**

| | |
|---|---|
| DAVID DUBROW, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          vs.<br><br>NETWORK ENGINES, INC.,<br><br>          Defendants. | 1:04cv 10096 (JLT) |
| WING KAM YU, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>          vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, and DOUGLAS G. BRYANT,<br><br>         Defendants. | 1:04cv 10238 (DPW) |
| HERBERT A. REITZEL on behalf of himself and others similarly situated,<br><br>         Plaintiff,<br><br>         vs.<br><br>NETWORK ENGINES, INC., JOHN CURTIS, DOUGLAS G. BRYANT and LAWRENCE A. GENOVESI,<br><br>         Defendants. | 1:04cv 10288 (JLT) |

I, Nancy Freeman Gans, Proposed Liaison Counsel, hereby certify that on February 17, 2004, I notified Daniel Halston, counsel for defendants, of the filing

of the Motion Of Wing Kam Yu, Blake Kunkel, and Thomas Cunningham For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead And Liaison Counsel. Defendants take no position on the the Motion for Consolidation. The motion for appointment of Lead Plaintiff and Lead and Liaison Counsel is required by statute.

DATED:   February 17, 2004              Respectfully submitted,

                                        MOULTON & GANS, P.C.

                                        *[signature]*
                                        Nancy Freeman Gans BBO #184540
                                        33 Broad Street, Suite 1100
                                        Boston, MA 02109
                                        Telephone: (617) 369-7979

                                        *Proposed Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 2/17/04

*[signature]*